**RICHARD A. BESHWATE, JR.  SBN: 179782**
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*

| UNITED STATES OF AMERICA, | CASE NO.: **1:15-CR-00354-LJO-SKO** |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| GEORGE BOONE, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and DANIEL GRIFFIN, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for august 8, 2016, at 8:30 a.m., shall be continued until AUGUST 15, 2016, at 8:30 a.m.

   This continuance is necessary because AUSA Daniel Griffin is unavailable on the currently scheduled sentencing date and we need additional time to prepare for sentencing.

   The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv). .  The parties stipulate and agree that the interests of justice are

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: August 1, 2016          Respectfully submitted,

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
GEORGE BOONE

Dated:  August 1, 2016

Respectfully submitted,

/s/ Daniel Griffin
DANIEL GRIFFIN
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **AUGUST 15, 2016, at 8:30 A.M.**

E
IT IS SO ORDERED.

Dated:   **August 1, 2016**              **/s/ Lawrence J. O'Neill  **

UNITED STATES CHIEF DISTRICT JUDGE