RICHARD A. BESHWATE, JR.,  SBN: 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

Attorney for Defendant
GEORGE BOONE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE BOONE,<br><br>Defendant. | Case No.  1:15-cr-00354-LJO-SKO-2<br><br>STIPULATION AND ORDER TO CONTINUE HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and ROSS PEARSON, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for February 27, 2017, at 9:00 a.m., shall be continued until MARCH 20, 2017, at 9:00 a.m.

This continuance is necessary because parties need additional time to obtain the necessary medical clearance for Mr. Boone to be admitted to the treatment program.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

| | | |
|---|---|---|
| 1 | Dated: February 23, 2017 | Respectfully submitted, |

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
GEORGE BOONE

Dated:  February 23, 2017           Respectfully submitted,

/s/ ROSS PEARSON
ROSS PEARSON
Assistant U.S. Attorney

**ORDER**

The sentencing hearing as to the above named defendant currently scheduled for February 27 , 2017, at 9:00 a.m., is continued until  MARCH 20, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 23, 2017**            /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE
DISTRICT JUDGE

2