1   RICHARD A. BESHWATE, JR.,   SBN: 179782
    Attorney at Law
2   2020 Tulare Street   Suite A
    Fresno CA 93721
3   (559) 266-5000

4
    Attorney for Defendant
5   GEORGE BOONE

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No.  1:15-cr-00354-LJO-SKO-2

11            Plaintiff,                 **AMENDED**

12       v.                              STIPULATION AND ORDER DENYING
                                         REQUEST TO CONTINUE HEARING
13  GEORGE BOONE,

14            Defendant.

15

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and ROSS

19  PEARSON, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for October

20  23, 2017, at 8:30 a.m., shall be continued until DECEMBER 4, 2017, at 8:30 a.m.

21       This continuance is necessary because parties need additional time to find an appropriate

22  in patient drug treatment program for Mr. Boone.

23        The parties stipulate that the time until the next hearing should be excluded from the

24  calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are

25  served by the court excluding such time, so that counsel for the defendant may have reasonable

26  time necessary for effective preparation, taking into account the exercise of due diligence.  18

27  U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

28

                                        1

1  by granting this continuance outweigh the best interests of the public and the defendant in a

2  speedy trial.  18 U.S.C. §3161(h)(7)(A).

3  Dated: October 19, 2017          Respectfully submitted,

4

5  /s/ RICHARD A. BESHWATE, JR.
   RICHARD A. BESHWATE, JR.
   Attorney for Defendant,
6  GEORGE BOONE

7

8  Dated:  October 19, 2017          Respectfully submitted,

9

10  /s/ ROSS PEARSON
    ROSS PEARSON
11  Assistant U.S. Attorney

12

13  **ORDER**

14  The sentencing hearing as to the above named defendant currently scheduled for October

15  23, 2017, at 8:30 a.m., is confirmed.  The request to continue is DENIED.

16  The Court has now had an opportunity to read the Transcripts of January 23, 2017 and

17  March 27, 2017, as well as the Presentence Investigation Report.  An additional program will not

18  be considered by this Court.  The Defendant will be sentenced as scheduled.

19

20  IT IS SO ORDERED.

21  Dated:   **October 19, 2017**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE

22

23

24

25

26

27

28

2