RICHARD A. BESHWATE, JR., SBN: 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

Attorney for Defendant
GEORGE BOONE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE BOONE,<br><br>Defendant. | Case No. 1:15-cr-00354-LJO-SKO-2<br><br>STIPULATION AND ORDER TO CONTINUE HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and ROSS PEARSON, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for December 4, 2017, at 8:30 a.m., shall be continued until DECEMBER 18, 2017 at 8:30 a.m.

This continuance is necessary in order for the investigation into the facts that occurred at the time Mr. Boone was terminated from the program to be completed..

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

1

Dated: November 30, 2017          Respectfully submitted,


                                  /s/ RICHARD A. BESHWATE, JR.
                                  RICHARD A. BESHWATE, JR.
                                  Attorney for Defendant,
                                  GEORGE BOONE


Dated:  November 30, 2017         Respectfully submitted,


                                  /s/ ROSS PEARSON
                                  ROSS PEARSON
                                  Assistant U.S. Attorney

## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for December 4, 2017, at 8:30 a.m., is continued until DECEMBER 18, 2017, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **November 30, 2017**           **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE