1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                    FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7  UNITED STATES OF AMERICA,                    Case No.: 1:15-CR-00354-002 LJO
8                  Plaintiff,                   ORDER OF RELEASE
9       v.
10 GEORGE BOONE,
11                 Defendant.

The above named defendant having been sentenced to Time Served on December 18, 2017.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

   Dated:  **December 18, 2017**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE