```
 1  RICHARD A. BESHWATE, JR.,  SBN: 179782
    Attorney at Law
 2  1330 L Street   Suite D
    Fresno CA 93721
 3  (559) 266-5000
 4
    Attorney for Defendant
 5  GEORGE BOONE
 6
 7                          UNITED STATES DISTRICT COURT
 8                      FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,              Case No. 1:15-cr-00354-LJO-SKO-2
11             Plaintiff,
12        v.                               STIPULATION AND ORDER TO
                                           CONTINUE HEARING
13  GEORGE BOONE,
14             Defendant.
15
16       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
17  counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and
18  KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently
19  scheduled for June 3, 2019, at 8:30 a.m., shall be continued until JUNE 24, 2019, at 8:30 a.m.
20       This continuance is necessary because parties need additional time to address issues
21  related to the sentencing hearing.
22       The parties stipulate that the time until the next hearing should be excluded from the
23  calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are
24  served by the court excluding such time, so that counsel for the defendant may have reasonable
25  time necessary for effective preparation, taking into account the exercise of due diligence.  18
26  U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served
27  by granting this continuance outweigh the best interests of the public and the defendant in a
28  speedy trial.  18 U.S.C. §3161(h)(7)(A).
```

| | |
|---|---|
| Dated: May 29, 2019 | Respectfully submitted, |
| | /s/ RICHARD A. BESHWATE, JR.<br>RICHARD A. BESHWATE, JR.<br>Attorney for Defendant,<br>GEORGE BOONE |
| Dated: May 29, 2019 | Respectfully submitted, |
| | /s/ KIMBERLY SANCHEZ<br>KIMBERLY SANCHEZ<br>Assistant U.S. Attorney |

**ORDER**

The sentencing hearing as to the above named defendant currently scheduled for June 3, 2019, at 8:30 a.m., is continued until JUNE 24, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **May 29, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE