| | |
|---|---|
| 1 | RICHARD A. BESHWATE, JR., SBN: 179782 |
| 2 | Attorney at Law |
|   | 1330 L Street   Suite D |
| 3 | Fresno CA 93721 |
|   | (559) 266-5000 |

Attorney for Defendant
GEORGE BOONE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00354-LJO-SKO-2 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING: note change in date from date requested. |
| GEORGE BOONE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and THOMAS NEWMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for August 12, 2019, at 8:30 a.m., shall be continued until SEPTEMBER 9, 2019, at 8:30 a.m.

This continuance is necessary as Mr. Boone will be transported to the Delancey Street program in San Francisco, California, for assessment on August 13, 2019.

1

Dated: August 8, 2019          Respectfully submitted,


                               /s/ RICHARD A. BESHWATE, JR.
                               RICHARD A. BESHWATE, JR.
                               Attorney for Defendant,
                               GEORGE BOONE


Dated:  August 8, 2019         Respectfully submitted,


                               /s/ THOMAS NEWMAN
                               THOMAS NEWMAN
                               Assistant U.S. Attorney


**ORDER**

The hearing as to the above-named defendant currently scheduled for August 12, 2019, at 8:30 a.m., is continued until SEPTEMBER 23, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 8, 2019**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE