Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICES OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
GEORGE BOONE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE BOONE,<br><br>        Defendant. | Case No.: 1:15-CR-00354 LJO-SKO-2<br><br>**AMENDED ORDER FOR TEMPORARY RELEASE AND TRANSPORTATIONTO DELANCEY STREET, LOS ANGELES** |

IT IS HEREBY ORDERED that defendant GEORGE BOONE, Fresno County Sheriff's Booking No. 1918044; Personal ID No. 7074243 shall be released to Teri Rothschild, Investigator, from the Fresno County Jail in Fresno, California, on **AUGUST 13, 2019**, **at 5:00 a.m**. Ms. Rothschild will then transport Mr. Boone directly to the Delancey Street Foundation program located at 400 N. Vermont, Los Angeles, California, 90004, for an intake interview. If accepted, Mr. Boone will stay at Delancey Street and abide by all rules of the program. If not accepted, Ms. Rothschild will return Mr. Boone directly to the Fresno County Jail by no later than 9:00 p.m. on August 13,

2019.  All previous imposed terms and conditions of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

    Dated: __**August 9, 2019**__             ___/s/ Lawrence J. O'Neill___  
                                                                                   UNITED STATES CHIEF DISTRICT JUDGE