IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00354-002 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| GEORGE BOONE, | |
| Defendant. | |

A status conference hearing regarding violation of supervised release was held on September 23, 2019. The defendant has been accepted to the Faith Home Teen Challenge program, an inpatient facility located in Ceres, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on December 18, 2017. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 365 days.

///

///

///

///

Status Conference set for December 9, 2019 at 8:30am before Judge O'Neill.

The defendant shall be released on October 15, 2019 at 12:00pm to Yvonne McIntosh (mother) who agrees to provide direct transportation to the Faith Home Teen Challenge Residential Drug Treatment Program that same date.

IT IS SO ORDERED.

Dated: __October 11, 2019__             _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE