RICHARD A. BESHWATE, JR.,  SBN: 179782
Attorney at Law
1330 L Street   Suite D
Fresno CA 93721
(559) 266-5000

Attorney for Defendant
GEORGE BOONE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00354-LJO-SKO-2 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO TERMINATE SUPERVISED RELEASE |
| GEORGE BOONE, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant GEORGE BOONE, and THOMAS NEWMAN, Assistant U.S. Attorney for Plaintiff, that the petition be dismissed and supervised released be terminated.

  Mr. Boone has complied with all the terms and conditions of probation and has successfully completed the Teen Challenge program.  Please see attached letter from the program (Attachment A).

  Probation Officer Kendall Millhouse has no objections to the termination of supervised release.

  Dated: November 5, 2020    Respectfully submitted,

              /s/ RICHARD A. BESHWATE, JR.

1

|   |   |
|---|---|
|   | RICHARD A. BESHWATE, JR.<br>Attorney for Defendant,<br>GEORGE BOONE |

Dated:  November 5, 2020          Respectfully submitted,


/s/ THOMAS NEWMAN
Thomas Newman
U.S. Probation Officer


**ORDER**

Good cause appearing, it is hereby ordered that George Boone's termination of supervised release is granted effective immediately.

IT IS SO ORDERED.

Dated:   **November 5, 2020**          _____
                                                                UNITED STATES DISTRICT JUDGE

2